# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:10-cv-03102-JHN-PLAx | Date | February 9, 2011 |
|---|---|---|---|
| Title | Nicole Savage v. Smith Dean & Associates | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mahadhi Corzano | Not present |

**Proceedings:** ORDER TO SHOW CAUSE RE DEFAULT AND/OR SANCTIONS (In Chambers)

On December 6, 2010, the Court set a telephonic Scheduling Conference on January 10, 2011. (Docket No. 15.) On January 10, 2011, the Court was unable to conduct the conference because Defendant failed to appear by telephone. The Court was notified previously that Defendant also failed to cooperate in preparing the joint report pursuant to Federal Rule of Civil Procedure 26(f), resulting in a unilateral report filed by Plaintiff. Therefore, Defendant is ordered to show cause, in writing, by no later than February 25, 2011, as to why sanctions should not be imposed or default entered upon request by Plaintiff.

IT IS SO ORDERED.

| | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |