# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| NICOLE SAVAGE, | Case No.: 2:10-cv-03102-JHN-PLAx |
| Plaintiff, | |
| v. | **ENTRY OF JUDGMENT** |
| SMITH, DEAN & ASSOCIATES, | |
| Defendant. | |

**<u>TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD</u>**

  IT IS ORDERED that the Court enter default judgment in favor of Plaintiff NICOLE SAVAGE and against Defendant SMITH, DEAN & ASSOCIATES, in the amount of $2,000.00 in principal damages, attorneys' fees in the amount of $5,569.70, and taxable costs in the amount of $910.00 with interest thereon at the federal judgment rate from the time of entry of judgment.

  Dated this 19th day of May, 2011.

_____
Judge Jacqueline H. Nguyen
United States District Judge

- 1 -

JUDGMENT ENTRY